UNITED STATES DISTRICT COURT
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS

FILED
October 21, 2020
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. )
)
IBRAHIM HUSSEIN OMEIS )
)

Case No. 3:20-CR-00255-N (1)

## Report of Violation of Conditions of Pretrial Release

COMES NOW Brandon Barnes, U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant, Ibrahim Hussein Omeis, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge Renee Harris Toliver sitting in the Court at Dallas, Texas, on May 20, 2020, under the following conditions:

(7m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On October 1, 2020, U.S. Probation Officer (USPO) Tiffany Routh, Eastern District of Texas, notified this officer that the defendant reported on September 30, 2020, and tested presumptively positive for marijuana. USPO Routh requested the sample to be confirmed and provided this officer with laboratory confirmation results from Alere Toxicology, which confirmed the specimen collected on September 30, 2020, was positive for the THC Metabolite. The defendant stated he was at a friend's house and ate a brownie and wasn't aware that it contained THC until after he consumed it.

The defendant is currently submitting to substance abuse testing as directed. Treatment was not initially recommended; however, the defendant has been referred for treatment.

The undersigned suggests to the court that no action be taken. It is recommended that the defendant be allowed to continue on bond with the current conditions in place and participate in substance abuse treatment.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on October 21, 2020                                    Approved,

s/Brandon Barnes                                                s/Bruno Perez
  U.S. Probation Officer                                          Supervising U.S. Probation Officer
  Dallas                                                          214-753-2537
  214-753-2519
  Fax: 214-753-2570

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Ibrahim Hussein Omeis, of his/her conditions of pretrial release, the court ORDERS that:

- [x] No action be taken.

- [ ] The Order Setting Conditions of Release is modified to include the following:

- [ ] A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

- [ ] A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

- [ ] The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

- [ ] File under seal until further order of the Court.

*Renee Harris Toliver* (signature)
Renee Harris Toliver
U. S. Magistrate Judge

October 21, 2020
Date